1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   MIKKOS GOODMAN,                          No. 2:13-cv-538-MCE-KJN

12           Plaintiff,

13       v.                                   ORDER

14   COUNTY OF SAN JOAQUIN, et al.,

15
             Defendants.
16

17

18       On October 21, 2014, defendants filed a motion for leave of court to take the deposition of
19   plaintiff Mikkos Goodman in Alameda County's Santa Rita Jail, accompanied by an application
20   for an order shortening time to hear the motion. (ECF Nos. 21, 22.) Having reviewed the
21   materials in support of the motion and application, and good cause having been shown, IT IS
22   HEREBY ORDERED that:
23       1. The application for an order shortening time (ECF No. 21) is granted on the terms
24          outlined below.
25       2. The parties are ordered to promptly meet and confer regarding plaintiff's deposition at
26          the Santa Rita Jail. The parties shall also contact the Santa Rita jail to inquire
27          regarding potentially available dates and times for plaintiff's deposition that would
28          minimize disruptions to the orderly operations of the facility, assuming that a court

1  order permitting the deposition were granted.

2  3. No later than Monday October 27, 2014, at 5:00 p.m., the parties shall file a stipulation and proposed order setting plaintiff's deposition at the Santa Rita Jail for a date and time prior to the November 14, 2014 discovery cut-off date.[1] Alternatively, in the event that plaintiff opposes the motion for leave to conduct the deposition, plaintiff shall file its opposition to the motion no later than Monday October 27, 2014, at 5:00 p.m.

4. After reviewing the parties' submissions, the court will schedule oral argument only if deemed necessary.

IT IS SO ORDERED.

Dated:  October 21, 2014

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If the Santa Rita Jail is unable to provide a specific date(s) prior to receiving a court order, the parties may agree to multiple potential dates, subject to final confirmation with the jail.