1  **MAYALL, HURLEY, P.C.**
A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
3  Telephone (209) 477-3833
MARK E. BERRY, ESQ. (CA State Bar No. 155091)
4  DERICK E. KONZ, ESQ. (CA State Bar No. 286902)

5
Attorneys for Defendant,
6  COUNTY OF SAN JOAQUIN,
ADAM GRUBB, and ROBERT CLEARY
7

8

9                    UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  MIKKOS GOODMAN, an individual,              No. **2:13-CV-00538-MCE-KJN**

13                Plaintiff,

14        v.                                    **STIPULATION AND ~~(PROPOSED)~~
                                                ORDER RE MIKKOS GOODMAN'S
15  COUNTY OF SAN JOAQUIN, a                    DEPOSITION AT THE SANTA RITA JAIL
municipal corporation; CHRIS                IN ALAMEDA COUNTY**
16  RODRIGUEZ, an individual; JEFF
ROBLES, an individual; ADAM GRUBB,
17  an individual, ROBERT CLEARY, an
individual; "FNU" MITCHELL, an
18  individual and DOES 1-25, inclusive,
individually and in their official capacities
19  as employees of the COUNTY OF SAN
JOAQUIN,
20
Defendants.
21

22

23        Pursuant to the court's October 21, 2014 order (Document 23), and after receiving consent from

24  the Santa Rita Jail to hold inmate MIKKOS GOOMAN's deposition on November 5, 2014 at 9:00 a.m.,

25  the parties hereby stipulate to the following:

26  1.      All parties agree that MIKKOS GOODMAN's deposition in this matter will be held on November

27  5, 2014 at 9:00 a.m. in Alameda County's Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568. This

28  stipulation serves as adequate notice to all parties.

                                                1

2.      In the event that MIKKOS GOODMAN is not made available by the Santa Rita Jail for the full seven (7) hours allowed by Fed. Rules Civ. Proc., rule 30(d), all parties agree to continue the deposition on a subsequent date that is consented to by the Santa Rita Jail.

DATE: October 23, 2014                                    **MAYALL HURLEY, P.C.**


                                                      /s/ Mark E. Berry
                                            By_____
                                                MARK E. BERRY, ESQ.
                                                Attorney for COUNTY OF SAN
                                                JOAQUIN, ADAM GRUBB and
                                                ROBERT CLEARY


DATE: October 23, 2014                          **ATTORNEY GENERAL OF CALIFORNIA**


                                                /s/ Diana Esquivel (Approved on 10/23/14)
                                            By_____
                                                DIANA ESQUIVEL, ESQ.
                                                Attorney for CHRIS RODRIGUEZ, JEFF
                                                ROBLES and FNU MITCHELL


DATE: October 23, 2014                          **LAW OFFICES OF JOHN L. BURRIS**


                                                /s/ Benjamin Nisenbaum (Approved on 10/23/14)
                                            By_____
                                                BENJAMIN NISENBAUM, ESQ.
                                                Attorney for MIKKOS GOODMAN

2

1                    **~~(PROPOSED)~~ ORDER**

2     This Court, HEREBY ORDERS:

3     COUNTY OF SAN JOAQUIN has this Court's Leave to take the deposition of inmate

4 MIKKOS GOODMAN at the Santa Rita Jail in Alameda County on November 5, 2014, at 9:00

5 a.m., in the above-captioned matter.

6     Santa Rita Jail shall produce and make available MIKKOS GOODMAN for deposition on

7 November 5, 2014, at 9:00 a.m., in the above-captioned matter.

8     In the event that MIKKOS GOODMAN is not made available by the Santa Rita Jail for

9 the full seven (7) hours allowed by Fed. Rules Civ. Proc., rule 30(d), Santa Rita Jail shall produce

10 and make available MIKKOS GOODMAN on a subsequent date that will minimize disruptions to

11 the orderly operations of the facility.

12     COUNTY OF SAN JOAQUIN shall coordinate the deposition with the Santa Rita Jail so

13 that the taking of MIKKOS GOODMAN's deposition shall be set for a time and place that will

14 minimize disruptions to the orderly operations of the facility.

15

16     IT IS SO ORDERED.

17 Dated:  October 28, 2014

18

19 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3