KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Robles and Rodriguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MIKKOS GOODMAN,**<br><br>                                  Plaintiff,<br><br>v.<br><br>**COUNTY OF SAN JOAQUIN, et al.,**<br><br>                                  Defendants. | No. 2:13-cv-00538 MCE-KJN<br><br>**STIPULATION AND ORDER TO MODIFY THE AMENDED SCHEDULING ORDER TO EXTEND DISPOSITIVE-MOTION DEADLINES**<br><br>Trial Date:     February 27, 2017<br>Action Filed:  March 18, 2013 |

Under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their counsel of record, agree to and request a modification of the Amended Scheduling Order, dated September 3, 2015 (ECF No. 32), to extend the dispositive-motion deadlines by seven days. Good cause exists to grant this stipulation because the parties have reached a tentative settlement agreement, but require additional time to finalize the terms of the agreement. Settlement will obviate the need to file or brief dispositive motions.

A scheduling order may be modified only upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion). In considering whether a party moving for a schedule modification has good cause, the Court

1

primarily focuses on the diligence of the party seeking the modification. *Johnson,* 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Id.* (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment).

On September 3, 2015, the Court issued an Amended Scheduling Order, setting August 18, 2016 as the last date to hear dispositive motions. (ECF No. 32 at 4:2.) The Order requires the parties to file the moving papers at least eight weeks before the hearing. (*Id*. at 4:5-6.) Based on the Court's law-and-motion calendar, August 11, 2016 is the latest available date to hear dispositive motions. This requires that moving papers be filed by June 16, 2016.

The parties have completed fact and expert discovery, and Defendants Robles and Rodriguez intend to file a dispositive motion. Defendants County of San Joaquin, Grubb, and Clearly filed their motion on June 14, 2016. (*See* ECF No. 35.)

Recently, the parties have been engaging in informal settlement discussions. On June 14, 2016, the parties reached a tentative settlement agreement. They are scheduled to have a conference call on June 16, 2016 to finalize the terms of the agreement. To avoid incurring further litigation costs and fees and to give the parties time to finalize their settlement agreement, the parties seek a seven-day extension, up to and including August 25, 2016, of the deadline to hear dispositive motions. This requested extension will not affect any other scheduling deadline.

IT IS SO STIPULATED.

///
////
///
///
///
///
///
///

2

| | | |
|---|---|---|
| 1 | Dated: June 16, 2016 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | CHRISTOPHER J. BECKER<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s/ Diana Esquivel* |
| 6 | | DIANA ESQUIVEL<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendants Robles and Rodriguez* |
| 8 | | |
| 9 | Dated: June 16, 2016 | MAYALL, HURLEY, P.C. |
| 10 | | |
| 11 | | */s/ Mark E. Berry* |
| 12 | | MARK E. BERRY<br>DERICK E. KONZ |
| 13 | | *Attorneys for Defendants County of San Joaquin, Adam Grubb, and Robert Clearly* |
| 14 | | |
| 15 | Dated: June 16, 2016 | LAW OFFICES OF JOHN L. BURRIS |
| 16 | | */s/ Benjamin Nisenbaum* |
| 17 | | JOHN L. BURRIS<br>BENJAMIN NISENBAUM |
| 18 | | *Attorneys for Plaintiff Mikkos Goodman* |
| 19 | /// | |
| 20 | /// | |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

3

Stipulation and Proposed Order to Modify the Amended Scheduling Order to Extend Dispositive-Motion Deadlines (2:13-cv-00538 MCE-KJN)

**ORDER**

Good cause appearing, the parties' stipulated request for a seven-day extension of the deadline to hear dispositive motions is GRANTED.

The last day to hear dispositive motions shall be August 25, 2016.  The parties shall comply with the related briefing deadlines set out in the September 23, 2015 Amended Scheduling Order. (ECF No. 32.)  In all other respects, the Amended Scheduling Order remains in full force and effect.

IT IS SO ORDERED.

Dated:  June 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE