KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-4928
 Facsimile:  (916) 324-5205
 E-mail:  Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Robles and Rodriguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MIKKOS GOODMAN,**<br><br>                                        Plaintiff,<br><br>v.<br><br>**COUNTY OF SAN JOAQUIN, et al.,**<br><br>                                        Defendants. | No. 2:13-cv-00538 MCE-KJN<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

       Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their counsel of record, stipulate to the voluntary dismissal of this action with prejudice.   Each party is to bear his own costs, attorney's fees, and expenses.  There is no prevailing party in this action.

       IT IS SO STIPULATED.

///

///

///

///

///

1

Dated: October 7, 2016      Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*
DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Robles and Rodriguez*

Dated: October 7, 2016      MAYALL, HURLEY, P.C.

*/s/ Mark E. Berry*
MARK E. BERRY
DERICK E. KONZ
*Attorneys for Defendants County of San Joaquin, Adam Grubb, and Robert Clearly*

Dated: October 7, 2016      LAW OFFICES OF JOHN L. BURRIS

*/s/ Benjamin Nisenbaum*
JOHN L. BURRIS
BENJAMIN NISENBAUM
*Attorneys for Plaintiff Mikkos Goodman*

**ORDER**

Based on the parties' stipulation, and good cause appearing, this action is hereby dismissed, with prejudice, each side to bear its own costs and attorney's fees. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: October 18, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE